

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

November 20, 2023

Honorable Renee Marie Bumb
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 3D
Camden, NJ 08101

Re: Lento Law Group PC v. Ladel Lewis, Linda Ann Pohly, Vede Diane Balla,
Florenda Lee-Hall a/k/a Rennie Lee and Joyce Ann Wilson
Civil Action No. 1:23-CV-20985 RMB-AMD

Dear Judge Bumb:

Defendant Laidel Lewis has just filed her own letter concerning the propriety of jurisdiction and venue. Plaintiff asks that its letter of earlier today, Dkt. 23, serve as our response to Ms. Lewis' letter.

Respectfully,

s/ Lawrence A. Katz, Esq.
LAWRENCE A LATZ
Counsel for Plaintiff