**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LENTO LAW GROUP, P.C.,<br><br>*Plaintiff*,<br><br>v.<br><br>LADEL LEWIS, *et al.*,<br><br>*Defendants*. | Civil Action No. 23-20985<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER** |

**THIS MATTER** having been opened before the Court by way of a December 19, 2023 Order to Show Cause "why this matter should not be transferred pursuant to 28 U.S.C. §§ 1404(a), 1406(a) and/or 1631 to an appropriate forum such as the United State District Court for the Eastern District of Michigan" (ECF No. 30) and the parties having stipulated to the transfer of this action to the United States District Court for the Eastern District of Michigan; and for good cause shown:

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** that this action is hereby transferred to the United States District Court for the Eastern District of Michigan; it is further

**ORDERED** that, upon transfer, Defendants shall answer or otherwise respond to Plaintiff's Complaint within sixty (60) days after this action is docketed in the United States District Court for the Eastern District of Michigan; and it is further

**ORDERED** that Clerk of the Court shall mark this matter **CLOSED**.

**SO ORDERED**.

_____
Hon. Renée Marie Bumb, U.S.D.J

ME1 47162708v.1

**THE AFOREMENTIONED IS HEREBY STIPULATED AND AGREED**:

By: *s/ Kristofor T. Henning*
Kristofor T. Henning
**McCARTER & ENGLISH, LLP**
1600 Market Street
Philadelphia, Pennsylvania 19103
Tel: (215) 979-3846
Fax: (215) 988-4314
khenning@mccarter.com
*Attorneys for Defendant*
*Ladel Lewis*

Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-2092
Fax: (973) 624-7070
mmakhail@mccarter.com
*Attorneys for Defendant*
*Ladel Lewis*

By: *s/ Lawrence Alan Katz*
Lawrence Alan Katz
**THE LENTO LAW GROUP**
3000 Atrium Way
Suite 200
Mt. Laurel, New Jersey 08054
Tel: (856) 652-2000
Fax: (856) 375-1010
lakatz@lentolawgroup.com
*Attorneys for Plaintiff*
*Lento Law Group, P.C.*

By: *s/ Christopher Michael Malikschmitt*
Christopher Michael Malikschmitt
**DRESSEL/MALIKSCHMITT LLP**
11 E. Cliff Street
Ground Floor
Somerville, New Jersey 08876
Tel: (848) 202-9323
chris@dresselmalikschmitt.com
*Attorneys for Defendant*
*Linda Ann Pohly*

By: *s/ Gregg Douglas Weinstock*
Gregg Douglas Weinstock
**BARKER PATTERSON NICHOLS, LLP**
300 Garden City Plaza
Suite 100
Garden City, New York 11530
Tel: (516) 282-3355
Fax: (516) 908-4960
g.weinstock@bpn.law
*Attorneys for Defendant*
*Joyce Ann Wilson*

By: *s/ Marc B. Zingarini*
Marc B. Zingarini
**BBC LAW LLP**
2005 Market Street
Suite 1940
Philadelphia, Pennsylvania 19103
Tel: (215) 977-4133
Fax: (866) 368-5234
mzingarini@bbclawfirm.com
*Attorneys for Defendant*
*Veda Diane Balla*

2

IBLOOMFIELD\000137556\0012\3077386.v1-3/3/21
ME1 47162708v.1